UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    3:09-bk-05557-JAF

DAVID ANTONYOA SWINSON
SIBRINA MECHELLE SWINSON

_____Debtors____/                                  Chapter 13

## AMENDED ORDER DISMISSING CONFIRMED CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**(This Amended Order Dismissing is to correct recipient of funds on hand with the Trustee)**

The Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on July 7, 2009. Based on the Order dated October 22, 2009, the Court ordered the Debtor to bring all payments current by a specific date, failing which, the Trustee was to file an Affidavit of Default and the case would be dismissed. The Trustee has filed an Affidavit of Default in this case.

Accordingly:

**IT IS ORDERED** that:

1. This case is dismissed without prejudice,

2. The automatic stay imposed by 11 U.S.C. Section 362 and the stay of action against co-debtors by 11 U.S.C. Section 1301 are lifted.

3. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

**DONE AND ORDERED** at Jacksonville, Florida, on January 27, 2010.

JERRY A. FUNK
**United States Bankruptcy Judge**

Copies to:
All Interested Parties